

The D'ELIA
Law Firm, LLC

601 Route 73 North, Suite 300
Marlton, New Jersey 08053

856.797.9777 Phone
856.797.1447 Fax
www.delialawfirm.com

Vincent D'Elia

delia@delialawfirm.com

May 6, 2016

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:  Steven Durst, et al v. Matthew Durst, et al
     Case No. 15-4045/ District Case No. 1-12-cv-05255

Dear Ms. Waldron:

Please accept this letter as formal notice that withdraws The D'Elia Law Firm, LLC as
attorney of record for the Plaintiffs, Steven Durst and Reuben Durst.

The Plaintiffs have asked me to allow them to proceed in this matter as *pro se* litigants.

The appropriate addresses for the Plaintiffs are as follows:

Steven Durst
23 Oakwood Drive
Medford, NJ 08055

Reuben Durst
846 Drewry Street
Atlanta, Georgia 30306

As always if you have any other questions or concerns feel free to contact me.

Respectfully,

THE D'ELIA LAW FIRM, LLC

By:_____
     Vincent D'Elia

VDE/crf
cc:    Christopher P. Leise, Esquire
       Louis A. Modugno, Esquire
       William F. O'Connor, Jr., Esquire
       Marc L. Penchansky, Esquire
       Kristen E. Polovoy, Esquire
       John A. Yacovelle, Esquire
       Paul H. Zoubek, Esquire
       Steven Durst
       Reuben Durst
F:\FILES\7933 (Steve Durst v. Matthew Durst (District Court Case)\Appeal\clerk pro se.doc