OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 26, 2016

Reuben Durst
Steven Durst
Christopher P. Leise, Esq.
Louis A. Modugno, Esq.
William F. O'Connor Jr., Esq.
Marc L. Penchansky, Esq.
Michael C. Witsch, Esq.
John A. Yacovell, Esq.
Paul H. Zoubek Esq.

RE: Steven Durst, et al v. Matthew Durst, et al
Case Number: 15-4045
District Case Number: 1-12-cv-05255

Dear Litigant and Counsel:

   Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Wednesday, October 05, 2016.** This means your presence will not be required.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

MMW/PM

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **VANASKIE, SCIRICA and FUENTES, Circuit Judges**